■ In the Matter of THOMAS K. O'DONNELL, Appellant, v NEW YORK CITY FIRE DEPARTMENT ARTICLE 1-B PENSION SYSTEM BOARD OF TRUSTEES et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Martin Evans, J.), entered on December 11, 1984, unanimously affirmed, without costs and without disbursements on constraint of *Matter of Lichtenstein v Board of Trustees* (57 NY2d 1010). Concur—Carro, Rosenberger and Ellerin, JJ., except Sandler, J. P., and Kassal, J., concur and would affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR MILLAN, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on July 27, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE MONTGOMERY, Appellant.—Judgment, Supreme Court, Bronx County (Barry Salman, J.), rendered on September 23, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MORENO, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on March 9, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Carro, Fein and Milonas, JJ.